**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| Constance Williams, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 6:23-cv-00571-JCB |
| vs. | ) | |
| | ) | |
| Sanofi-Aventis U.S. LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF PENDING SETTLEMENT AND**
**REQUEST TO STAY PROCEEDINGS**

Plaintiff Constance Williams and Defendant Sanofi-Aventis U.S. LLC (collectively, "the Parties"), hereby gives notice that the Parties have reached an agreement in principle for the complete resolution of this matter.

The Parties are in the process of preparing and finalizing a Master Settlement Agreement which will include the instant case, as well as other cases in multi-district litigation. Accordingly, the Parties in this matter respectfully request that this Court vacate all pending deadlines and stay this matter for six months, through and including August 26, 2024, at which time a status report informing this Court of the settlement status or a motion for appropriate relief shall be due.

Dated: February 26, 2024

Respectfully submitted,

By: */s/ M. Scott Michelman*
M. Scott Michelman
SHOOK, HARDY& BACON L.L.P.
600 Travis, Suite 3400
Houston, TX 77002-2926
Telephone: 713-227-8008
Facsimile:  713-227-9508
Email: mmichelman@shb.com

*Attorneys for Sanofi-Aventis U.S. LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sends notification of such filing to all CM/ECF participants. The foregoing has also been served by has been served by regular U.S. Mail on February 26, 2024, on non-CM/ECF participants addressed as follows:

William Henry Barfield
McDonald Scott Worley
McDonald Worley, PC
1770 St. James Place
Ste. 100
Houston, TX 77056

/s/ M. Scott Michelman
M. Scott Michelman

2